UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60300-CV-SMITH

PAMELA LLOYD,

    Plaintiff,

vs.

JAMES E. ALBERTELLI, P.A.,

    Defendant.
_____/

## ORDER STAYING DEADLINES

This cause is before the Court on the parties' Notice of Class Action Settlement [DE 16], indicating that the parties have reached an agreement in principle to resolve this matter and seeking to vacate all pending deadlines. Upon consideration, it is

ORDERED THAT:

1. All previously set deadlines in this matter are **STAYED** for sixty (60) days.

2. The parties shall submit a Motion for Preliminary Approval of Class Action Settlement by **June 8, 2020.**

DONE AND ORDERED in Fort Lauderdale, Florida this 7th day of May, 2020.

                                                                       RODNEY SMITH
                                                                       UNITED STATES DISTRICT JUDGE

cc: Counsel of Record