UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60300-CIV-SMITH

PAMELA LLOYD, on behalf of herself and
others similarly situated,

        Plaintiff,

vs.

JAMES E. ALBERTELLI, P.A.,

        Defendant.
_____/

## ORDER SETTING HEARING

This matter is before the Court on Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement [DE 18]. Upon consideration, it is

**ORDERED that** a hearing on Plaintiff's Motion is set for **August 5, 2020 at 9:30 a.m.** The hearing shall be held via Zoom videoconference. Chambers will email counsel the link for the conference.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 28th day of July, 2020.

                                                      _____
                                                      **RODNEY SMITH**
                                                      **UNITED STATES DISTRICT JUDGE**

cc:    All Counsel of Record